DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUINCY LADDEUS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1660

[October 1, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 19-012016CF10A.

Quincy Laddeus, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***